O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RICHARDSON,<br><br>　　Plaintiff,<br><br>vs.<br><br>BOARD OF PRISON HEARINGS, et al.<br><br>　　Defendants. | Case No.: 5:16-cv-01733-CBM-KES<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (Dkt. No. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 80). Moreover, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. (Dkt. No. 81.) The Court has received and reviewed Plaintiff's objections to the Report and Recommendation, and the exhibits attached thereto (medical records). The Court finds the medical records are not relevant to this lawsuit. (*See* Dkt. No. 80 (Report and Recommendation) at p. 12:10-13:1.) Plaintiff argues he "submitted [a] request for Appointment of Counsel which was somehow lost in preparation[,]" and appears to argue this is grounds to overrule the Report and Recommendation. (Dkt. No. 81 at p. 2:3-4.)

Having reviewed the record in this case, the Court finds Plaintiff did not file a motion for appointment of counsel, and **OVERRULES** that objection. The Court accepts the report, findings, and recommendation of the Magistrate Judge, as modified in this order.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint with prejudice.

**IT IS SO ORDERED.**

DATED: July 28, 2020

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE