**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RICHARDSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BOARD OF PRISON HEARINGS, et al.,<br><br>    Defendants. | Case No.: 5:16-cv-01733-CBM-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: July 28, 2020

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE